UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVANEH ALIZADEH, et al., | No. 2:24-mc-00043-DAD-AC |
| Plaintiffs, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| CITIBANK USA NA, et al., | (Doc. Nos. 1, 9, 12, 18) |
| Defendants. | |

On January 31, 2024, plaintiffs initiated this action by filing a motion to quash a service of summons issued by the United States Internal Revenue Service ("IRS") to plaintiffs' bank, Citibank USA NA. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 19, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiffs' motion to quash be summarily denied and that this case be closed "because the court lacks jurisdiction to quash the summons." (Doc. No. 18 at 1, 4.) For the same reasons, the magistrate judge also recommended that defendant United States's motion for summary dismissal of plaintiffs' motion to quash service (Doc. Nos. 9, 12) be granted. (*Id.*) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 4.) To date, no objections have been filed, and the time in which to do so has now passed.

1

1     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 19, 2024 (Doc. No. 18) are adopted in full;
2. Plaintiffs' motion to quash (Doc. No. 1) is denied;
3. Defendant United States's motion for summary dismissal (Doc. Nos. 9, 12) is granted;
4. This action is dismissed; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 12, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE